THE RICHARDSON PRESS, Appellant, *v.* ANDREW ALBRIGHT, JR., Respondent.

Reported below, 172 App. Div. ——.
(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for work performed and materials furnished.

The motion was made upon the ground that the action was one for services; that the affirmance by the Appellate Division was unanimous; that permission to appeal had not been obtained; that the appeal was frivolous and taken only for delay, and that no proper return had been filed.

*Charles Thaddeus Terry* and *Edwin L. Gluck* for motion.

*George T. Hogg* opposed.

Motion denied, without costs.